# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-CR-182-TCK |
| JAMES LEE WATSON, | ) |
| Defendant. | ) |

## OPINION AND ORDER

Pursuant to the Order and Judgment issued by the Tenth Circuit Court of Appeals on June 24, 2021, (Doc. 299), and the following Mandate issued on July 16 , 2021, (Doc. 301), this Court's Opinion and Order (Doc. 271), filed on April 16, 2020 is vacated, and Defendant's Motion for Compassionate Release (Doc. 268) is reinstated.

**IT IS SO ORDERED** this 16th day of July, 2021.

*[signature]*
**TERENCE KERN**
**United States District Judge**